UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JAMES LOGAN DIEZ | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:09-0713 |
| | ] | Judge Campbell |
| SHERIFF TRUMAN JONES, et al. | ] | |
| Defendants. | ] | |

**O R D E R**

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1) under 42 U.S.C. § 1983.

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby DISMISSED. 28 U.S.C. § 1915A.

Entry of this order shall constitute the judgment in this action.

It is so ORDERED.

Todd Campbell
United States District Judge